```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIA DIMEGLIO,

                Plaintiff,

-against-

AQUATIC WAREHOUSE INCORPORATED,

                Defendant.
------------------------------------------------------------X

23-CV-07701 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The settlement conference scheduled for Tuesday, May 21, 2024 is RESCHEDULED for June 20, 2024, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Thursday, June 13, 2024.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                                          SARAH NETBURN
                                                                                          United States Magistrate Judge

DATED:  May 7, 2024
             New York, New York